## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Tony Andrews,** *et al.* **on behalf of themselves and others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **CIVIL ACTION NO.  3:16-cv-716** |
| **The CFS Group, LLC, d/b/a Container First Services** | |
| **Defendant.** | |

### NOTICE OF FILING OF CONSENT TO BECOME PARTY

PLEASE TAKE NOTICE that on this day, the undersigned filed a written Consent to Become Party to Collective Action pursuant to 29 U.S.C. § 216 on behalf of Shaniyrus Bogle, Robert Browder, Jordan Danet, Terrance Davis, Willie Davis, Charles Ernul, George Evans, Eric Forney, Charles Hammock, Wesley Hill, Ernest Howell, Travis Hoylman, Tarance James, Ayinde Johnson, Alton Jones, Roderick Mason, Derrick McCray, Eugene Miles, Daniel Oliver, D'von Powell, Ernest Smith, James Smith, Richard Stemen, Izell Thomas, Curtis Wallace, Steven Weaver, Howard Webster, Horace Williams, and John Williams.

Dated: April 11, 2017

Respectfully submitted,

**Tony Andrews *et al.*, on behalf of themselves and others similarly situated**
Plaintiffs

By:___/s/_____
            Philip Justus Dean (VSB No. 86335)
            Craig Juraj Curwood (VSB No. 43975)
            Attorneys for Plaintiffs
            Curwood Law Firm
            530 E. Main Street, Suite 710
            Richmond, VA 23219
            Telephone: (804) 788-0808
            Fax: (804) 767-6777
            pdean@curwoodlaw.com
            ccurwood@curwoodlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system; which will send notification of such filing (NEF) to the following:

            J. Fielding Douthat, Jr., Esq.
            John M. Robb, III, Esq.
            LeClairRyan
            919 East Main Street, 24th Floor
            Richmond, VA 23219
            Fielding.douthat@leclairryan.com
            John.Robb@leclairryan.com
            (804) 916-7116
            (804) 916-7164 (fax)
            Attorneys for Defendant

            ___/s/_____
            Counsel