CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000016 - 9
SHANIYRUS BOGLE

MIDLOTHIAN, VA 23112-6386

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>Defendant. | CIVIL ACTION NO.  3:16-cv-716 |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000022 - 3
ROBERT BROWDER

MIDLOTHIAN, VA 23112-3503

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>                   **Plaintiffs,**<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>                   **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

### CONSENT TO OPT-IN AND BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

Claim#: CFE-10000043 - 6
JORDAN DANET
████████████████
N DINWIDDIE, VA 23803-9409

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated, **Plaintiffs,** v. The CFS Group, LLC, d/b/a Container First Services **Defendant.** | CIVIL ACTION NO.  3:16-cv-716 |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_Jordan Danet_
Printed Name

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000046 - 0
TERRANCE DAVIS

PETERSBURG, VA 23803-3664


## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Tony Andrews,** *et al.* **on behalf of themselves and others similarly situated,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **The CFS Group, LLC, d/b/a Container First Services** <br><br> **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |


## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

Claim#: CFE-10000047 - 9
WILLIE DAVIS

PETERSBURG, VA 23803-4803

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>                              **Plaintiffs,**<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>                              **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

Willie A. Davis Jr.
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000053 - 3
CHARLES ERNUL

PETERSBURG, VA 23805-9355

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br>　　　　　　　　　　　　　Defendant. | CIVIL ACTION NO.  3:16-cv-716 |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_Charles Ernul_
Signature

_Charles Ernul_
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

Claim#: CFE-10000054 - 1
GEORGE EVANS

FORD, VA 23850-2413

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>                                 **Plaintiffs,**<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>                                 **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

### CONSENT TO OPT-IN AND BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE



Claim#: CFE-10000062 - 2
ERIC FORNEY
████████████████
CHESTER, VA 23831-4670

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Tony Andrews**, *et al.* on behalf of themselves and others similarly situated,<br><br>          **Plaintiffs,**<br><br>v.<br><br>**The CFS Group, LLC, d/b/a Container First Services**<br><br>          **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

*Eric Forney*
_____
Printed Name

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000067 - 3
CHARLES HAMMOCK

RICE, VA 23966-0103

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>Defendant. | CIVIL ACTION NO.  3:16-cv-716 |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_Charles M. Hammock_
Signature

_CHARLES M. HAMMOCK_
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

Claim#: CFE-10000073 - 8
WESLEY HILL

FORD, VA 23850-2417

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>                                      **Plaintiffs,**<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>                                      **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

### CONSENT TO OPT-IN AND BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Claim#: CFE-10000082 - 7
ERNEST HOWELL

MC KENNEY, VA 23872-2430

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>                              **Plaintiffs,**<br><br>v.<br><br>**The CFS Group, LLC, d/b/a Container First Services**<br><br>                              **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

### CONSENT TO OPT-IN AND BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Claim#: CFE-10000083 - 5
TRAVIS HOYLMAN

N DINWIDDIE, VA 23803-6615

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> The CFS Group, LLC, d/b/a Container First Services <br><br> **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_Travis L. Hoylman_
Signature

_Travis Lee Hoylman_
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000087 - 8
TARANCE JAMES

FORT LEE, VA 23801-1481

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>         **Plaintiffs,**<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>         **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).


_Tarance James_
Signature

_Tarance James_
Printed Name

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

Claim#: CFE-10000091 - 6
AYINDE JOHNSON

CHESTERFIELD, VA 23838-8736

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Tony Andrews,** *et al.* **on behalf of themselves and others similarly situated,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **The CFS Group, LLC, d/b/a Container First Services** <br><br> **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

Signature

AYiNDE Johnson
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

Claim#: CFE-10000092 - 4
ALTON JONES

WAVERLY, VA 23890-5015

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated, <br><br>       **Plaintiffs,** <br><br> v. <br><br> **The CFS Group, LLC, d/b/a Container First Services** <br><br>       **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

### CONSENT TO OPT-IN AND BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000121 - 1
RODERICK MASON

DISPUTANTA, VA 23842-4529

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Tony Andrews,** *et al.* **on behalf of themselves and others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**The CFS Group, LLC, d/b/a Container First Services**<br><br>**Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000123 - 8
DERRICK MCCRAY

HOPEWELL, VA 23860-5763

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ~~Richmond Division~~

| | |
|---|---|
| **Tony Andrews,** *et al.* **on behalf of themselves and others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **CIVIL ACTION NO.  3:16-cv-716** |
| **The CFS Group, LLC, d/b/a Container First Services** | |
| **Defendant.** | |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## <u>COLLECTIVE ACTION UNDER 29 U.S.C. § 216</u>

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

Derrick A. McCray
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Claim#: CFE-10000125 - 4
EUGENE MILES

HOPEWELL, VA 23860-7103

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Tony Andrews,** *et al.* **on behalf of themselves and others similarly situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**The CFS Group, LLC, d/b/a Container First Services**<br><br>**Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____Eugene A. Miles_____
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

Claim#: CFE-10000139 - 4
DANIEL OLIVER

RICHMOND, VA 23223-5614

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated, <br><br>            **Plaintiffs,** <br><br> v. <br><br> The CFS Group, LLC, d/b/a Container First Services <br><br>            **Defendant.** | CIVIL ACTION NO.  3:16-cv-716 |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).


_____
Signature

_____
Printed Name


1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000146 - 7
DVON POWELL

HOPEWELL, VA 23860-3356

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> The CFS Group, LLC, d/b/a Container First Services <br><br> **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

_____
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

|||||||||||||||||||||||||||||||||||||||||||||||||||||
Claim#: CFE-10000165 - 3
ERNEST SMITH

███████████████

PETERSBURG, VA 23805-1912

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ~~Richmond Division~~

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> The CFS Group, LLC, d/b/a Container First Services <br><br> Defendant. | CIVIL ACTION NO.  3:16-cv-716 |

### CONSENT TO OPT-IN AND BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

*Ernest W. Smith*

Signature

Ernest W. Smith

Printed Name

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

|||||||||||||||||||||||||||||||||||||||||||||
Claim#: CFE-10000166 - 1
JAMES SMITH

RICHMOND, VA 23223-1157

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>                                        **Plaintiffs,**<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br>                                        **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

*James Smith*
Signature

*James Smith*
Printed Name

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000170 - 0
RICHARD STEMEN

PAHRUMP, NV 89048-4371

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>                **Plaintiffs,**<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>                **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

Signature

RICHARD STEMEN
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

|||||||||||||||||||||||||||||||||||||||||||||||||

Claim#: CFE-10000175 - 0
IZELL THOMAS

██████████████

PETERSBURG, VA 23803-4613


### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Tony Andrews, *et al.* on behalf of themselves and others similarly situated,**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**The CFS Group, LLC, d/b/a Container First Services**<br><br>      **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

### CONSENT TO OPT-IN AND BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).


Signature

Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

Claim#: CFE-10000189 - 0
CURTIS WALLACE

N DINWIDDIE, VA 23803-6558

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>          **Plaintiffs,**<br><br>v.<br><br>**The CFS Group, LLC, d/b/a Container First Services**<br><br>          **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

Curtis Wallace Jr
Signature

Curtis WAllAce Jr
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||
Claim#: CFE-10000194 - 7
STEVEN WEAVER
▆▆▆▆▆▆▆▆▆▆▆▆▆▆

N CHESTERFLD, VA 23237-2559


## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>                                        **Plaintiffs,**<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>                                        **Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).


_____
Signature

_____
Printed Name

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

## CFE

Claim#: CFE-10000196 - 3
HOWARD WEBSTER

CREWE, VA 23930-2713

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **Tony Andrews**, *et al.* **on behalf of themselves and others similarly situated,** | |
| **Plaintiffs,** | |
| v. | **CIVIL ACTION NO.  3:16-cv-716** |
| **The CFS Group, LLC, d/b/a Container First Services** | |
| **Defendant.** | |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

*Howard Dean Webster*
Signature

*HOWARD DEAN WEBSTER*
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000202 - 1
HORACE WILLIAMS

PETERSBURG, VA 23805

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>Defendant. | CIVIL ACTION NO.  3:16-cv-716 |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

Horace Williams
Printed Name

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000203 - 0
JOHN WILLIAMS

WAKEFIELD, VA 23888-2735

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br>**Plaintiffs,**<br>v.<br>The CFS Group, LLC, d/b/a Container First Services<br>**Defendant.** | **CIVIL ACTION NO.  3:16-cv-716** |

## CONSENT TO OPT-IN AND BECOME PARTY TO
## COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor

Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_John Marvin Williams_
Signature

_John Marvin Williams_
Printed Name