CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

# CFE

Claim#: CFE-10000052 - 5
STEPHEN ENNIS

CREWE        , VA 23930

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br>v.<br>The CFS Group, LLC, d/b/a Container First Services<br>　　　　　　　　　　Defendant. | CIVIL ACTION NO. 3:16-cv-716 |

**CONSENT TO OPT-IN AND BECOME PARTY TO**
**COLLECTIVE ACTION UNDER 29 U.S.C. § 216**

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

*Stephen Ennis*
Printed Name

1

CFS Overtime Lawsuit
Curwood Law Firm, PLC
530 East Main Street, Suite 710
Richmond, VA 23219

**CFE**

Claim#: CFE-10000199-8
KEITH WHITE
████████████████
CHESTERFIELD, VA 23832-8803

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| Tony Andrews, *et al.* on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The CFS Group, LLC, d/b/a Container First Services<br><br>Defendant. | CIVIL ACTION NO. 3:16-cv-716 |

### CONSENT TO OPT-IN AND BECOME PARTY TO
### COLLECTIVE ACTION UNDER 29 U.S.C. § 216

I hereby consent to opt-in to become a plaintiff in this representative Fair Labor Standards Act ("FLSA") action pursuant to 29 U.S.C. § 216(b).

_____
Signature

Keith O. White
_____
Printed Name