UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **Tony Andrews,** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **The CFS Group, LLC** <br><br> **Defendant.** | **CIVIL ACTION NO. 3:16-cv-716** |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Tony Andrews, *et al.* and Defendant The CFS Group, LLC, who together constitute all the parties in this action, and all of whom have appeared, hereby stipulate that all matters in controversy in this action between the parties have been fully compromised and resolved and the above-styled action be dismissed with prejudice.

Jointly Submitted by:

| PLAINTIFFS | DEFENDANT |
|---|---|
| By: ___/s/_____ | By: _/s/_____ |
| Craig Juraj Curwood (VSB No. 43975) | J. Fielding Douthat, Jr. (VSB No. 46812) |
| Philip Justus Dean (VSB No. 86335) | LeClairRyan, A Professional Corporation |
| Attorneys for Plaintiffs | 919 East Main Street, 24th Floor (23219) |
| Curwood Law Firm, PLC | Post Office Box 2499 |
| 530 E. Main Street, Suite 710 | Richmond, Virginia 23218 |
| Richmond, VA 23219 | Telephone: (804) 915-4138 |
| Telephone: (804) 788-0808 | Fax: (804) 916-7238 |
| Fax: (804) 767-6777 | fielding.douthat@leclairryan.com |
| pdean@curwoodlaw.com | *Counsel for the Defendant* |
| ccurwood@curwoodlaw.com | |
| *Counsel for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notification of Filing (NEF) to the following:

>J. Fielding Douthat, Jr., Esq.
>LeClairRyan
>919 East Main Street, 24th Floor
>Richmond, VA 23219
>Fielding.douthat@leclairryan.com
>(804) 916-7116
>(804) 916-7164 (fax)

>____/s/_____
>Philip Justus Dean